No. 1099. BANGOR & AROOSTOOK RAILROAD CO. ET AL. v. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Francis M. Shea, Richard T. Conway, William H. Dempsey, Jr.,* and *James A. Wilcox* for petitioners. *Joseph L. Rauh, Jr., John Silard, Elliott C. Lichtman,* and *Isaac N. Groner* for respondent.

No. 1202. ISENRING v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Kenneth S. Jacobs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1223. MEYER v. CITY OF CHICAGO. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted. *Paul E. Goldstein* and *Marshall Patner* for petitioner. *Richard L. Curry* and *Marvin E. Aspen* for respondent.

No. 140, Misc. ROBISON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *A. Wells Petersen,* Deputy Attorney General, for respondent.

No. 629, Misc. CANALES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jerold A. Krieger,* Deputy Attorney General, for respondent.